RECEIVED
IN LAKE CHARLES, LA

SEP 2 9 2009
Pam
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CHESTER C. GRIFFITHS<br>FED. REG. NO. 10490-014 | CIVIL ACTION NO. 09-0058<br>SECTION P |
| VS. | JUDGE MINALDI |
| DR. SALVADOR VILLALON, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that the plaintiff's civil rights complaint be DENIED AND DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

Lake Charles, Louisiana, this 28 day of September, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE